Sean P. Boutz
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRC TIRE SALES, INC., a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>TIRE EXPRESS, INC., a foreign corporation,<br><br>Defendant. | Case No. **CV-07-27-LRS**<br><br>**ORDER OF DISMISSAL** |

THIS MATTER coming on for hearing in open court upon stipulation of the parties, through their respective counsel, and it appearing that said action and all causes therein have been fully settled and compromised, and that said action should be dismissed with prejudice and without costs,



Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-entitled action and all causes therein be, and the same are hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this 2nd day of May, 2007.

s/Lonny R. Suko

THE HONORABLE LONNY R. SUKO

Presented by:
EVANS, CRAVEN & LACKIE, P.S.

By: /s/ Sean P. Boutz
SEAN P. BOUTZ, WSBA #34164
Attorneys for Plaintiff TRC Tire Sales, LLC
818 W. Riverside, Suite 250
Spokane, WA 99201
Phone: 509-455-5200
Fax: 509-455-3632
Email: sboutz@ecl-law.com



Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Presentment Waived By:
KEEFE, KING & BOWMAN, P.S.

By __/s/ Robert F. Sestero, Jr.________________

ROBERT F. SESTERO, JR., WSBA#23274
Attorneys for Defendant Tire Express, Inc.
601 W. Main, Suite 1101
Spokane, WA 99201
Phone: 509-624-8988
Fax: 509-623-1380
Email: rfsestero@kkbowman.com



Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ROBERT F. SESTERO, JR., and I hereby certify that I mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

/s/ Sean P. Boutz________________________

SEAN P. BOUTZ, WSBA #34164
Attorneys for Plaintiff TRC Tire Sales, LLC
818 W. Riverside, Suite 250
Spokane, WA 99201
Phone: 509-455-5200
Fax: 509-455-3632
Email: sboutz@ecl-law.com



Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632